## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 5:24-cr-51-JDW |
| v. | : | |
| DAVONE DESEAN WALKER | : | |

### ORDER

**AND NOW**, this 21st day of January 2025, upon consideration of Defendant Davone Desean Walker's Motion To Suppress Arrest, Searches And Statements (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that Mr. Walker's Motion To Suppress Search Of The Defendant's Cell Phone (ECF No. 23) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.